IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WESLEY I. TAYLOR                                                                                            PLAINTIFF

v.                                          Case No. 6:23-cv-6126

SHERIFF MIKE MCCORMICK and
CHIEF DEPUTY STEVEN ELROD                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 7.  After evaluating the 42 U.S.C. § 1983 claims in Plaintiff's *pro se* complaint for preservice screening pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that Plaintiff's Complaint (ECF No. 1) be dismissed for failing to state a cognizable claim under § 1983.  Judge Comstock further recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*.  Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is hereby **directed** to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration.

**IT IS SO ORDERED**, this 22nd day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge